CSD 1000C [11/15/04]
Name, Address, Telephone No. & I.D. No.
DAVID A. ORTIZ, ATTORNEY #167587
UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
880 FRONT STREET, SUITE 3230
SAN DIEGO, CA 92101-8511
(619) 557-5013

Order Entered on
January 3, 2018
by Clerk U.S. Bankruptcy Court
Southern District of California

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re

**RODRIGO MARQUEZ,**
                              Debtor,

**LODGED**

Bankruptcy No:.16-07541-LT13

Date of Hearing: December 15, 2017
Time of Hearing: 10:00 a.m.
Name of Judge: Laura S. Taylor

# ORDER MODIFYING PRIOR SCHEDULING ORDERS

IT IS ORDERED THAT the relief sought as set forth on the continuation pages attached and numbered two (2) through __2__ with exhibits, if any, for a total of __2__ pages, is granted.  Motion/Application Docket Entry No. __49 & 54__

//

//

//

//

//

//

DATED:     January 3, 2018

Signature by the attorney constitutes a certification under Fed. R. of Bankr. P. 9011 that the relief in the order is the relief granted by the court.

Submitted by:
TIFFANY L. CARROLL
ACTING UNITED STATES TRUSTEE

By: /s/ David A. Ortiz
    Trial Attorney for the Acting United States Trustee

Judge, United States Bankruptcy Court

CSD 1001C

```
CSD 1001C [11/15/04](Page 2)
ORDER MODIFYING PRIOR SCHEDULING ORDERS
DEBTOR: RODRIGO MARQUEZ                             CASE NO: 16-07541-LT13
```

The continued case status conference on the United States Trustee's Motion for Sanctions Against George Panagiotou and the Costa Law Group Pursuant to Fed. R. Bankr. 9011; and, Request for Referral to Disciplinary Committee of the U.S. District Court, came before the Court on December 15, 2017, in Department Three of the United States Bankruptcy Court for the Southern District of California, the Honorable Laura S. Taylor, Chief Bankruptcy Judge, presiding. K. Todd Curry, Esq., appeared on behalf of George Panagiotou. David A. Ortiz, Esq., appeared on behalf of the Acting United States Trustee.

WHEREFORE, based upon the matters discussed on the record at the case status conference and for good cause,

**IT IS HEREBY ORDERED**, that the Court's prior scheduling orders are modified as follows:

a.  Discovery is reopened as to newly discovered issues, phone records and a new deposition of George Panagiotou.

b.  The deposition of George Panagiotou shall be scheduled after the conclusion of all other discovery matters for which the discovery cutoff has been reopened or remains open.

c.  Discovery cutoff (discovery return date) is extended to April 30, 2018.

d.  The Parties shall continue to meet and confer.

e.  The case status conference is continued to May 8, 2018 at 10:00 a.m. in Department 3.

CSD 1001C

```
                              United States Bankruptcy Court
                              Southern District of California
In re:                                                                   Case No. 16-07541-LT
Rodrigo Marquez                                                          Chapter 13
          Debtor
                              CERTIFICATE OF NOTICE
District/off: 0974-3          User: Admin.              Page 1 of 1           Date Rcvd: Jan 03, 2018
                              Form ID: pdfO2            Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 05, 2018.
db             +Rodrigo Marquez,    6780 Friars Rd. #133,    San Diego, CA 92108-1185

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 05, 2018                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 3, 2018 at the address(es) listed below:
              David   Ortiz    on behalf of United States Trustee    United States Trustee david.a.ortiz@usdoj.gov,
               USTP.REGION15@USDOJ.GOV;tiffany.l.carroll@usdoj.gov
              George   Panagiotou    on behalf of Debtor Rodrigo   Marquez gpanagio1@gmail.com
              Thomas H. Billingslea    Billingslea@thb.coxatwork.com
              United States Trustee    ustp.region15@usdoj.gov
                                                                                              TOTAL: 4